# HARMAN GREEN

Attorneys & Counselors at Law

www.harmangreen.com

99 Hudson Street, Floor 5
New York, New York 10013
T: 646.248.2288 F: 212.202.3926
E: wharman@harmangreen.com
  erichardson@harmangreen.com

May 11, 2026

**VIA ECF and CronanNYSDChambers@nysd.uscourts.gov**
The Honorable John P. Cronan
United States District Judge
United States District Court for the Southern District of New York, 12D
500 Pearl Street, Room 1320
New York, NY 10017

> Re:    *Allison Norton v. Splitit Consumer Funding LLC, et al.* Case No. 25-cv-8697

Dear Judge Cronan:

The parties in the above-captioned action write pursuant to Individual Rule 3(B) to request an extension of deadlines regarding the intended motion to dismiss by defendants Splitit Consumer Funding LLC and Splitit USA Inc. (together, "Splitit").  On February 24, 2026, this Court so ordered a briefing schedule [Doc. No. 18] in which defendants' motion to dismiss was to be filed by March 18, 2026, plaintiff Allison Norton ("Plaintiff") was to file opposition by April 15, 2026, and Splitit was to file a reply, if any, by April 29, 2026.

On March 18, 2026, the Court granted the parties' first extension request in which defendants' time to file their motion to dismiss was extended to April 13, 2026; plaintiff's response was due on May 11, 2026; and defendants' reply was due May 26, 2026 [Doc. No. 22].  On April 9, 2026, the Court granted the parties' second extension request in which defendants' time to file their motion to dismiss was extended to May 13, 2026; plaintiff's response was due on June 12, 2026; and defendants' reply was due June 26, 2026 [Doc. No. 24].  Both extension requests were made by the parties in order to provide them with an opportunity to fully explore a global settlement resolving all claims before motion practice regarding Splitit's intended motion to dismiss.  During that time, Splitit conducted an extensive investigation consisting of Plaintiff's allegations including, *inter alia*, interviews of witnesses and the collection and review of relevant electronic communications.  On April 7, 2026, Splitit provided plaintiff with a proffer of additional evidence with the intention of promoting productive settlement discussions. On April 17, Plaintiff responded with a 28-page letter responding to Splitit's letter.  As well, the parties' counsel have had multiple phone calls discussing settlement and settlement discussions have been productive and meaningful.

In the time since then, the parties have continued to engage in good faith settlement discussions.  In addition, Splitit's lead counsel is in the process of moving firms, which briefly put those discussions on hold.  The parties believe a small amount of additional time is necessary for the parties to determine whether a pre-motion-to-dismiss settlement is possible.

Accordingly, the parties request a further short extension of the motion to dismiss schedule as follows:  Splitit shall move to dismiss by May 28, 2026; Plaintiff to file an opposition by June 25, 2026; Splitit shall file a reply, if any, by July 13, 2026.

# HARMAN GREEN
## Attorneys & Counselors at Law
www.harmangreen.com

99 Hudson Street, Floor 5
New York, New York 10013
T: 646.248.2288 F: 212.202.3926
E: wharman@harmangreen.com
erichardson@harmangreen.com

This is the third extension request by the parties.  No other scheduled dates or deadlines will be affected by this joint request.

Respectfully submitted,

By:    /s/ Evan Richardson
Evan Richardson
HARMAN GREEN PC
90 Hudson, Fifth Floor
New York, New York 10013
Tel: (646) 248-2288
Wharman@theharmanfirm.com

*Attorneys for Plaintiff Allison Norton*

By:    /s/ Leron Thumim
Leron Thumim
A.Y. Strauss
290 W. Mount Pleasant Ave, Suite 3260
Livingston, New Jersey 07039
Tel: (973) 834-3074
lthumim@aystrauss.com

*Attorneys for Defendants Splitit
Consumer Funding LLC and Splitit
USA, Inc*

cc:  All counsel via ECF

The joint extension request is granted.  If necessary, Splitit shall move to dismiss by May 28, 2026; Plaintiff shall file an opposition by June 25, 2026; and Splitit shall file a reply, if any, by July 13, 2026.  The Clerk of Court is respectfully directed to close Docket Number 25.

SO ORDERED.
Date: May 12, 2026
New York, New York

JOHN P. CRONAN
United States District Judge